# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2021 KW 0587

VERSUS

ROBERT JAVONTIE MARKS                                 **JUNE 4, 2021**

---

In Re:      State of Louisiana, applying for supervisory writs,
            18th Judicial District Court, Parish of Iberville,
            Nos. 1054-20 & 1054-20A.

---

**BEFORE:   WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

    **WRIT DENIED.**

                                  **VGW**
                                  **JEW**
                                  **WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT